UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV 13 P 12: 45
US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| EQUANT, INC., <br>           Plaintiff, <br>     v. <br> NETWORK DYNAMICS, INC., JAMES BLACKMAN, L. JAMES BRADSHAW, CRAIG BROWN, PAUL BURGHOLZER, RICHARD LEWIS, LINDA O'LONE, PETER REAGAN, STEFANIE RUVO, LINDA SPINDLER, AND SUSAN WALLISER, <br>           Defendants. | Civil Case No.: 302 CV 1005 (SRU) <br><br><br> NOVEMBER 12, 2003 |

### NOTICE OF DISMISSAL

Plaintiff Equant Inc. ("Equant") hereby gives notice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, that any and all claims against all Defendants as set forth by Equant in the above captioned action are hereby dismissed with prejudice, each party to bear their own expenses, costs and attorneys' fees.

Counsel for all Defendants has been notified of this notice of dismissal and has stated no objection. This motion is dated this 12th day of November, 2003, in Hartford, Connecticut.

THE PLAINTIFF
EQUANT INC.,

By /s/ M. Pastore
Joseph M. Pastore III (ct11431)
William J. Egan (ct07975)
Pamela E. Woodside (ct22293)
Brown Raysman Millstein Felder &
 Steiner LLP
CityPlace II, 10th Floor
185 Asylum Street
Hartford, CT 06103
(860) 275-6400

\*    \*    \*

Barry G. Felder (Of Counsel)
900 Third Avenue
New York, N.Y 10022
(212) 895-2000

## CERTIFICATION

I hereby certify that a copy of Notice of Dismissal was mailed via first-class mail, postage prepaid, this 12th day of November, 2003 to the following:

Margaret M. Pinkham, Esq.
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111

Mark S. Baldwin, Esq.
Sandra Davis, Esq.
Brown Rudnick Berlack Israels LLP
CityPlace I, 38th Floor
185 Asylum Street
Hartford, CT 06103-3402

Joseph M. Pastore III