APPROVED. Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, each party to bear their own costs and attorneys' fees. The clerk is instructed to close the file. So ordered.

Stefan R. Underhill
United States District Judge
11/17/03

2003 NOV 17 P 12: 36

US DISTRICT COURT
BRIDGEPORT CT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

2003 NOV 13  P 12: 45

US DISTRICT COURT
BRIDGEPORT CT

|  |  |
|---|---|
| EQUANT, INC., | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| NETWORK DYNAMICS, INC., JAMES | ) |
| BLACKMAN, L. JAMES BRADSHAW, | ) |
| CRAIG BROWN, PAUL BURGHOLZER | ) |
| RICHARD LEWIS, LINDA O'LONE | ) |
| PETER REAGAN, STEFANIE RUVO, | ) |
| LINDA SPINDLER, AND SUSAN | ) |
| WALLISER, | ) |
|  | ) |
| Defendants. | ) |

Civil Case No.: 302 CV 1005 (SRU)

NOVEMBER 12, 2003

## NOTICE OF DISMISSAL

Plaintiff Equant Inc. ("Equant") hereby gives notice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, that any and all claims against all Defendants as set forth by Equant in the above captioned action are hereby dismissed with prejudice, each party to bear their own expenses, costs and attorneys' fees.